FILED BY ___ D.C.
01 FEB -2 AM 11: 1
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

WESLEY PICKETT,

Plaintiff,

v.

MARRON HOPKINS, et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 01-2057 M1/A**

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Order of Dismissal, entered February 1, 2001, this case is DISMISSED.

APPROVED:

Jon P. McCalla

JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

Feb. 1, 2001
Date

ROBERT R. DI TROLIO
Clerk of Court

Yolanda Savage
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 2/5/01

6

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE

# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:01-CV-02057 was distributed by fax, mail, or direct printing on February 5, 2001 to the parties listed.

---

Wesley Pickett
SCJ-MEMPHIS
Shelby County Jail
00154136
201 Poplar Ave.
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT